61 So.2d 764
### DOBSON et al. v. DEASON.
#### 6 Div. 384.

Supreme Court of Alabama.
Dec. 4, 1952.

R. G. Redden, Vernon, for appellants.

Chas. E. Tweedy, Jr., and Jas. L. Beech, Jr., Jasper, and O. E. Young, Vernon, for appellee.

GOODWYN, Justice.

There being no assignment of error, an order of affirmance is due to be entered; and it is so ordered. Code 1940, Tit. 7, Appendix, Rule 1, Rules of Practice in the Supreme Court; Wetzel v. Hobbs, 249 Ala. 434, 31 So.2d 639; Halle v. Brooks, 209 Ala. 486, 96 So. 341; Nichols v. Hardegree, 202 Ala. 132, 79 So. 598.

Affirmed.

LIVINGSTON, C. J., and FOSTER and SIMPSON, JJ., concur.